UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                    Chapter 13

ADAM D. PLESTED,                                          Case No. 08-B-35620

                                 Debtors,
------------------------------------------------------x

                  TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

     CLAIMANT(s)' NAME &
     LAST KNOWN ADDRESS                    AMOUNT OF DIVIDEND

     B. Felix & Bergonzi                                  $987.00
     3120 Route 94
     Chester, New York 10918

   Trustee's check to your order in the sum of $987.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
        April 19, 2011

                                                      Respectfully submitted,
                                                      */s/ Jeffrey L. Sapir*
                                                      JEFFREY L. SAPIR
                                                      Standing Chapter 13 Trustee